UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARLENE STEIERT,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

Case No. 07-cv-208-JPG

## ORDER

This cause comes before the Court on the Court's April 10, 2007, order to show cause (Doc. 7). Plaintiff Darlene Steiert has appropriately responded, so the order to show cause is **DISCHARGED.**

**IT IS SO ORDERED.**
**DATED: April 16, 2007**

                      s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**