UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARLENE STEIERT,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. 07-cv-208-JPG

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Darlene Steiert and against the defendant Commissioner of Social Security, that pursuant to the fourth sentence of 42 U.S.C. § 405(g) the decision of the Commissioner of Social Security is reversed and that this case is remanded to the Commissioner of Social Security for further proceedings and a new decision.

**NORBERT JAWORSKI**

Date: January 28, 2008      By:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**