UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARLENE STEIERT,

  Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

  Defendant.

Case No. 07-cv-208-JPG

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to the Equal Access to Justice Act, 29 U.S.C. § 2412(d), attorneys fees and costs in this case are awarded to plaintiff Darlene Steiert and against the defendant Commissioner of Social Security in the amount of five thousand, one hundred dollars ($ 5,100.00).

               **NORBERT JAWORSKI**

Date: February 20, 2008       By:s/Deborah Agans, Deputy Clerk


**Approved:** s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**