UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DARLENE STEIERT,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.

Case No. 07-cv-208-JPG

## AMENDED JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to the Equal Access to Justice Act, 29 U.S.C. § 2412(d), attorneys fees and costs in this case are awarded to plaintiff Darlene Steiert and against the defendant Commissioner of Social Security in the amount of five thousand, one hundred dollars ($ 5,100.00), payable directly to plaintiff Darlene Steiert's attorney Barry A. Schultz.

**NORBERT JAWORSKI, Clerk**

**Date: February 25, 2008**      **S/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**